UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH A. HARTMAN,

    Plaintiff,

v.                                    CASE NO. 6:06-cv-834-Orl-31JGG

JUDGE STRICKLAND, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 27, 2006, the Court ordered Plaintiff to submit an amended complaint (Doc. No. 6). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.     This case is hereby **DISMISSED** without prejudice.

2.     The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, on January 3, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 1/3
Joseph A. Hartman